Jeffrey W. Shopoff (Bar No. 46278)
Gregory S. Cavallo (Bar No. 173270)
James M. Robinson (Bar No. 238063)
SHOPOFF & CAVALLO LLP
505 Sansome Street, Suite 1505
San Francisco, CA 94111
Telephone: (415) 984-1975
Facsimile: (415) 984-1978

Attorneys for Plaintiff
BALBINDER (BO) THIARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BALBINDER (BO) THIARA, an individual, <br><br> Plaintiff, <br> v. <br><br> ROBERT E. KIERNAN III, an individual; RESOLUTION CAPITAL MANAGEMENT LLC, a Delaware limited liability company; RESOLUTION CAPITAL ADVISORS LP, a Delaware limited partnership; and DOES 1 through 50, <br><br> Defendants. | Case No. C-06-03503 MJJ <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING PLAINTIFF'S MOTION TO REMAND TO STATE COURT AND DEFENDANT'S MOTION TO DISMISS** <br><br> Date: September 12, 2006 <br> Time: 9:30 a.m. <br> Judge: Honorable Martin J. Jenkins <br> Courtroom 11, 19th Floor |

1

The hearings on plaintiff's Motion to Remand to State Court and defendant's Motion to Dismiss Complaint are currently scheduled for September 12, 2006, at 9:30 a.m. The vacation schedule of counsel for plaintiff makes September 12, 2006, infeasible as a hearing date for the Motion to Dismiss Complaint. The next available hearing date on the Court's and counsel's calendar is October 3, 2006. The parties hereby stipulate and request that the Court reschedule these hearings for October 3, 2006, at 9:30 a.m., in Courtroom 11. The briefing schedules similarly be continued in conformance with the Local Rules considering the new hearing date.

Dated: July 24, 2006         SHOPOFF & CAVALLO LLP


                             By      /s/ Gregory S. Cavallo
                                  Gregory S. Cavallo
                             Attorneys for Plaintiff BALBINDER (BO) THIARA


Dated: July 24, 2006         ZELLE, HOFMANN, VOELBEL, MASON &
                                GETTE LLP


                             By _____
                                  Christopher Micheletti
                             Attorneys for Defendant
                             ROBERT E. KIERNAN III


## ORDER

IT IS ORDERED that the hearings on plaintiff Balbinder Thiara's Motion to Remand to State Court and defendant Robert Kiernan's Motion to Dismiss Complaint, now scheduled for September 12, 2006, shall be recalendared for ~~October 3, 2006, at 9:30 a.m.~~ October 24, 2006 @ 9:30 a.m.

DATED: 7/28/2006             _____
                             Honorable Martin J. Jenkins
                             United States District Judge

2

STIPULATION AND ORDER
CONTINUING HEARINGS

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 505 Sansome Street, Suite 1505, San Francisco, California 94111.

On July 24, 2006, I served the documents described as:

**STIPULATION AND [PROPOSED] ORDER CONTINUING PLAINTIFF'S MOTION TO REMAND TO STATE COURT AND DEFENDANT'S MOTION TO DISMISS**

in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

> M. William Munno
> Seward & Kissell LLP
> One Battery Park Plaza
> New York, NY 10004
> Telephone: 212-574-1200
> Facsimile: 212-480-8421

[X]   (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (BY FAX) At _____ __.m., I transmitted, pursuant to Rules 2001 et seq., the above-described document by facsimile machine (which complied with Rule 2003(3)), to the above-listed fax number(s). The transmission originated from facsimile phone number (415) 984-1978 and was reported as complete and without error. The facsimile machine properly issued a transmission report, a copy of which is attached hereto.

[ ]   (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand to the offices of the addressee.

[ ]   (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

Executed on July 24, 2006, at San Francisco, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

   /s/ Cynthia McIver
   Cynthia McIver