Case 3:06-cv-03503-MJJ Document 37 Filed 09/15/2006 Page 1 of 6

ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
Christopher T. Micheletti, State Bar No. 136446
44 Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

SEWARD & KISSEL LLP
M. William Munno (admitted *pro hac vice*)
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

Attorneys for Defendant
Robert E. Kiernan III

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BALBINDER (BO) THIARA, an individual,

Plaintiff,

v.

ROBERT E. KIERNAN III, an individual; RESOLUTION CAPITAL MANAGEMENT LLC, a Delaware limited liability company; RESOLUTION CAPITAL ADVISORS LP, a Delaware limited partnership; and DOES 1 through 50,

Defendants.

Civil Case No.: C 06-03503 MJJ

**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

Date: October 10, 2006
Time: 2.:00 p.m.
Judge: Honorable Martin J. Jenkins
Courtroom 11, 19th Floor

Plaintiff Balbinder (Bo) Thiara and Defendant Robert E. Kiernan III ("Kiernan") submit this stipulation and proposed order in order to reschedule the case management conference in this matter which is currently scheduled for October 10, 2006 at 2:00 p.m. By order dated July 28, 2006, this Court rescheduled the hearings on plaintiff's Motion to Remand to State Court and defendant's Motion to Dismiss Complaint from September 12, 2006 to



Zelle, Hofmann, Voelbel, Mason & Gette LLP
44 Montgomery Street - Suite 3400
San Francisco, California, 94104

Case 3:06-cv-03503-MJJ Document 37 Filed 09/15/2006 Page 2 of 6

October 24, 2006 at 9:30 a.m. The parties submit that as a practical matter, it appears necessary for the Court address the motion to remand and the motion to dismiss prior to holding the initial case management conference in this matter. Accordingly, the parties hereby stipulate and request that the Court reschedule the case management conference to November 14, 2006 at 2:00 p.m. Such rescheduling should allow the parties sufficient time following the Court's ruling on the pending motions, if necessary, to meet and confer regarding the preparation and filing of a joint case management statement and to meet any other requirements associated therewith.

Dated: September 13, 2006

By [signature]

Christopher T. Micheletti,
ZELLE, HOFMANN, VOELBEL,
MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

Attorneys for Defendant Robert E. Kiernan III

Dated: September 13, 2006

By.______________________________

Gregory S. Cavallo, Esq.
SHOPOFF & CAVALLO LLP
505 Sansome Street, Suite 1505
San Francisco, California 94111

Attorneys for Balbinder (Bo) Thiara

Zelle, Hofmann, Voelbel, Mason & Gette LLP
44 Montgomery Street - Suite 3400
San Francisco, California, 94104

Case 3:06-cv-03503-MJJ Document 37 Filed 09/13/2006 Page 3 of 6

October 24, 2006 at 9:30 a.m. The parties submit that as a practical matter, it appears necessary for the Court address the motion to remand and the motion to dismiss prior to holding the initial case management conference in this matter. Accordingly, the parties hereby stipulate and request that the Court reschedule the case management conference to November 14, 2006 at 2:00 p.m.. Such rescheduling should allow the parties sufficient time following the Court's ruling on the pending motions, if necessary, to meet and confer regarding the preparation and filing of a joint case management statement and to meet any other requirements associated therewith.

Dated: September 13, 2006 By______________________

Christopher T. Micheletti,
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

Attorneys for Defendant Robert E. Kiernan III

Dated: September 13, 2006 By______________________

Gregory S. Cavallo, Esq.
SHOPOFF & CAVALLO LLP
505 Sansome Street, Suite 1505
San Francisco, California 94111

Attorneys for Balbinder (Bo) Thiara

Zelle, Hofmann, Voelbel, Mason & Gette LLP
44 Montgomery Street - Suite 3400
San Francisco, California, 94104

**ORDER**

IT IS ORDERED that the case management conference in this matter now scheduled for October 10, 2006, shall be recalendared for November 14, 2006, at 2:00 p.m.

DATED: 9/18/2006

Honorable Martin J. Jenkins
United States District Judge

3165063